UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

IN RE:                                    )
TERRI TAYLOR EASTERBROOKS,                )  BK CASE #15-41911 JJR7
                                          )
        DEBTOR.                           )

REPORT OF UNCLAIMED FUNDS UNDER
BANKRUPTCY RULE 3011

Pursuant to Bankruptcy Code §11347 and Rule 3011, Unclaimed Funds in Chapter 7 Liquidation, a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from the remaining property of the estate shall be filed with the clerk.

| Claim # | Name & Last Known Address | Amount of Dividend |
|---|---|---|
| Exemption | Terri Taylor Easterbrooks<br>589 Hayden Road<br>Talladega, AL 35160 | $15,000.00 |

*Reason: Returned "Not Deliverable as Addressed, Unable to Forward*

_____
                    **TOTAL REMITTED TO COURT:    $15,000.00**

Date: 08/14/19                    RESPECTFULLY SUBMITTED,

                                  /s/ Rocco J. Leo
                                  ROCCO J. LEO, TRUSTEE
                                  3250 Independence Drive, Suite 150
                                  Birmingham, AL 35209
                                  Telephone: (205) 879-0000
                                  Facsimile: (205) 879-9281
                                  rleo@leoandoneal.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August, 2019, I served a copy of the above and foregoing on all parties listed below:

\_\_\_\_  Facsimile transmission;
\_\_\_\_  Hand delivery;
_x_   Served via Notice of Electronic Filing:

    Honorable Robert J. Landry, III
    Assistant Bankruptcy Administrator
    robert_landry@alnba.uscourts.gov

    Max C. Pope, Jr.
    Attorney for Trustee
    Max@maxpopejr.com

_x_   Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to:

    Terri Taylor Easterbrooks
    589 Hayden Road
    Talladega, AL 35160

                                           s/ Rocco J. Leo
                                           Trustee